# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADDO SYSTEMS, INC. and 511 TECHNOLOGIES, INC., *Plaintiffs,* v. JETBRAINS AMERICAS, INC., JETBRAINS INCORPORATED, and JETBRAINS S.R.O., *Defendants*. | C.A. No. 1:22-cv-01033-JLH-LDH |

## [PROPOSED] FINAL JUDGMENT

This patent infringement action was brought by Caddo Systems, Inc. and 511 Technologies, Inc. ("Caddo" or "Plaintiffs") against JetBrains Americas, Inc., JetBrains Incorporated, and Jetbrains S.R.O. (the " Named Defendants") alleging infringement of U.S. Patent Nos. 7,191, 411 ("the '411 patent"), 7,640,517 ("the '517 patent"), 8,352,880 ("the '880 patent"), 10,037,127 ("the '127 patent"), and 11,182,053 ("the '053 patent") (collectively, the "Asserted Patents"). D.I. 169. On October 25, 2024, defendant JetBrains Americas, Inc. ("JBA") moved for summary judgment of noninfringement and invalidity. D.I. 269. On February 25, 2025, Magistrate Hatcher issued a Report and Recommendation (D.I. 346) that JBA's motion for summary judgment (D.I. 269) be granted under 35 U.S.C.§ 101 and that all other motions (D.I. 177, 200, 265, 268, 275, 278, 283) be denied as moot. D.I. 346. Plaintiffs filed objections on March 11, 2025 (D.I. 351), and JBA filed a response to the objections on March 25, 2025 (D.I. 353). On March 31, 2025, the Court overruled Plaintiffs' objections (D.I. 351), adopted the Report and Recommendation (D.I. 346), and granted Defendant JBA's Motion for Summary Judgment (D.I. 269). D.I. 355.

IT IS ORDERED that:

1. Judgment is entered in favor of the Named Defendants and against Caddo that the Asserted Patents are invalid as unpatentable under 35 U.S.C. § 101.

2. All pending motions are denied without prejudice as moot, including JBA's Motion to Dismiss Second Caddo's Amended Complaint for Failure to State a Claim (D.I. 177); JetBrains Incorporated and JetBrains s.r.o.'s Motion to Dismiss Based upon Fed. R. Civ. P. 12(b)(5) and 12(b)(2) (D.I. 200); Caddo's Motion to Exclude Certain Expert Testimony of JBA's Damages Expert, Mr. Christopher W. Bakewell (D.I. 265); JBA's Motion to Exclude Certain Expert Opinion and Testimony of Caddo's damages expert, Mr. Stephen Holzen, and technical expert, Mr. Robert Sherwood (D.I. 268); Caddo's Motion for Partial Summary Judgment of No Invalidity over Two Purported Prior Art Systems TkDesk Version 1.1 and Snax Version 1.2.8. (D.I. 278); and Caddo's Motions to Exclude Certain Expert Testimony of JBA's Noninfringement and Invalidity Expert, Mr. Monty Myers (D.I. 275, 283).

3. The deadline for the prevailing party to move for costs and attorneys' fees (including under Federal Rule of Civil Procedure 54(d), District of Delaware Local Rule 54.1, and 35 U.S.C. § 285) is extended until thirty (30) days after (i) the deadline for filing a notice of appeal of this judgment, or (ii) the issuance of a mandate from the Federal Circuit affirming this judgment or any earlier termination of the appeal, whichever is later. No party shall file any such motion before that time. The timing for moving for costs and attorneys' fees set forth in this paragraph does not apply if this judgment is vacated on appeal.

This is a final judgment and may be appealed if a notice of appeal is filed.

IT SO ORDERED this ___ day of April, 2025.

_____

THE HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT COURT JUDGE

Dated: April 9, 2025

| DEVLIN LAW FIRM LLC | MORRIS JAMES LLP |
|---|---|
| /s/ Timothy Devlin | /s/ Kenneth L. Dorsney |
| Timothy Devlin (#4241) | Kenneth L. Dorsney (#3726) |
| tdevlin@devlinlawfirm.com | Cortlan S. Hitch (#6720) |
| Jason Shapiro (pro hac vice) | 500 Delaware Ave., Suite 1500 |
| jshapiro@devlinlawfirm.com | Wilmington, DE 19801 |
| Alex Chan (*pro hac vice*) | (302) 888-6800 |
| achan@devlinlawfirm.com | kdorsney@morrisjames.com |
| Peter A. Mazur (No. 6732) | chitch@morrisjames.com |
| pmazur@devlinlawfirm.com | |
| Andrew DeMarco (No. 6736) | *Attorneys for Defendants* |
| ademarco@devlinlawfirm.com | *JetBrains Americas Inc.,* |
| 1526 Gilpin Ave. | *JetBrains s.r.o. , and* |
| Wilmington, DE 19806 | *JetBrains Incorporated* |
| Telephone: (302) 449-9010 | |

*Attorneys for Plaintiffs
Caddo Systems, Inc. and
511 Technologies, Inc.*